# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

**CONNIE L. SHELOR**
     **Plaintiff,**

**v.**                               **Civil Action No. 2:13 cv297**

**CAROLYN W. COLVIN,**
*Acting Commissioner of the*
*Social Security Administration*,
     **Defendant.**

## JUDGMENT IN A CIVIL CASE

     **Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Ms. Shelor's Rule 59(e) motion to alter or amend judgment (ECF No. 10) is **GRANTED**, the decision of the Commissioner is **VACATED** and that the matter is **REMANDED** to the Commissioner for further proceedings.

DATED:   1/14/2015            FERNANDO GALINDO, Clerk

                        By _____/s/_____
                           B. Grainger, Deputy Clerk